IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JELLYVISION, INC.,** | ) | JURY DEMAND |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **AFLAC INCORPORATED,** | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S NOTICE OF CLAIMS INVOLVING U.S. TRADEMARKS

Pursuant to Northern District of Illinois Local Rule 3.4, Plaintiff, Jellyvision, Inc., hereby provides notice of claims involving U.S. Trademarks. Pursuant to 15 U.S.C. § 1116(c), the Clerk of the Court is required to provide the following information to the Director of Trademarks:

This action involves the following parties:

    Plaintiff:    Jellyvision, Inc.
                    848 W. Eastman Street, Suite 104
                    Chicago, IL 60622

    Defendants:    AFLAC Incorporated
                    1932 Wynnton Road
                    Columbus, GA 31999

This action involves the following trademark, registered in the U.S. Patent and Trademark Office:

- Registration No. 2,027,323

DATED:  January 21, 2010                              Respectfully submitted,

**JELLYVISION, INC., through its Attorneys**

  /s/ Joshua S. Frick

| | |
|---|---|
| Kurt J. Hirsch (Illinois Bar No. 6276283) | John T. Gabrielides (Illinois Bar No. 6198323) |
| Jellyvision, Inc. | Philip A. Jones (Illinois Bar No. 6217213) |
| 848 W Eastman Street, Suite 104 | Joshua S. Frick (Illinois Bar No. 6292843) |
| Chicago, IL 60622 | Brinks Hofer Gilson & Lione |
| (312) 266-0606 | 455 N. Cityfront Plaza Drive, Suite 3600 |
| | Chicago, IL 60611 |
| | (312) 321-4200 |