**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Jellyvision, Inc.
                      Plaintiff,

v.                                           Case No.: 1:10−cv−00426
                                                            Honorable James F. Holderman

AFLAC Incorporated
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 11, 2010:

      MINUTE entry before Honorable James F. Holderman:Defendant AFLAC Incorporated's motion to dismiss the complaint [13] is denied. Defendant to file its answer to the complaint by 3/25/2010. Plaintiff to file motion for preliminary injunction by 3/29/2010; defendant's response due by 4/12/2010. Status hearing set for 4/15/2010 at 9:00 AM. Any requests for expedited discovery are to be filed by noon on 4/14/2010. Parties are encouraged to revisit settlement discussions. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.